RECEIVED

AUG 2 2 2017

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

WALTER GEORGETOWN#127548

Plaintiff

Prisoner # 127548

VS.

WARDEN JERRY GODWIN at etal

Defendant

Civil Action No. 5:17-CV-106| SEC. P

Judge _____

Magistrate Judge _____

## COMPLAINT
### PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I.   Previous Lawsuits

  a.   Have you begun any other lawsuit while incarcerated or detained in any facility?

  Yes [      ]   No [NO]

  b.   If your answer to the preceding question is "Yes," provide the following information.

    1.   State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

         _____ NONE _____

         _____ NONE _____

    2.   Name the parties to the previous lawsuit(s):

         Plaintiffs: _____

         Defendants: _____

    3.   Docket number(s): _____

    4.   Date(s) on which each lawsuit was filed: _____

    5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

         ___ none _____

*(Rev. 5/1/13)*

c.  Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes | **YES** | No | [ ]

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

I PERSONALLY CHOSE NOT TO PROCEED AND I DROPPED IT

II.  a.  Name of institution and address of current place of confinement:
670 Bell Hill Rd  Homer La 71040
DAVID WADE CORRECTIONAL CENTER

b.  Is there a prison grievance procedure in this institution?

Yes | YES | No | [ ]

1.  Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit? → infect Ive wrote all written Request to all officials Requesting emergency response. Nothing was did

Yes | YES | No | [ ]

2.  If you did not file an administrative grievance, explain why you have not done so.  I FILED THE GRIEVIANCE TO TRY AND KEEP FROM FILING THIS SUIT to ask for medical help and or a recommendation. and no response was given

3.  If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

I filed an A R P under emergency matters to try and resolve by going through the appropriate yet respectful way. and still till this day nothing yet has been did

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.  Parties to Current Lawsuit:

a.  Plaintiff, Mrs pam Hearns and Mrs Paula MILLWEE

Address  Mrs Michelle over all

(Rev. 5/1/13)

b.  Defendant, PAM HEARNS IS A MEDICAL DOCTOR AND, is employed as

A MEDICAL DOCTOR HERE at DAVID WADE CORRECTIONAL CENTER

Defendant, MRS NURSE MICHELLE IS THE NURSE AND, is employed as

DIRECTOR OF NURSING at DAVID WADE CORRECTIONAL CENTER

Defendant, PAULA MILLWEE IS MEDICAL DIRECTOR, is employed as

DIRECTOR OF NURSING HERE at DAVID WADE CORRECTOINAL CENTER

Additional defendants, Mrs Tammy Jones the chronic clinic out Patient Doctor I goes to visit every 4 months

IV.  **Statement of Claim**

State the FACTS of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.

This is a civil rights action filed by Walter Georgetown DOC#127548 a state prisoner for damages and injunctive relief under -

42 U.S.C § 1983 alleging(MEDICAL DILIBERATE INDFFERENCE) NEGLIGENCE AND MEDICAL DISREGARD,The officials here in this claim HAS VIOLATED MY Eighth Amendment rights UNDER MEDICAL CARE HAS BEEN VIOLATED AS TO SUBJECTCING ME TO CRUEL AND INHUMANE PUNISHMENT AS WELL THE DEFENDANTS HERE IN THIS CLAIM HAS NOT ONLY VIOLATED MY EIGHTH AMENDMENT DUE PROCESS RIGHTS HERE UNDER THE EIGHTH AMENDMENT ,THE DEFENDANTS ARE FOUND (MALICE)

BY SUBJECTING ME TO A FUTERISTIC DANGER AND HARM.AND THE DEFEDANTS HAS REPEATEDLY (DISPLAID MEDICAL DILIBERATE INDIFFERENCE AND MEDICAL DISREGARD I arrived here at David Wade on 7/13/2016. upon My arrival here at Wade the officials knowed My nuy Medical condition 1) I Requestested Medical Treatment for Hepititic C, I've made "sick calls" back to back I've file complaints to be given treatment. And still till this day no adequate response

Continued Statement of Claim
(Page 3 of 4)

or Medical Recommendations has been given as to Treating
Me for Hepatitic C.

Fact #2) Hepititic c is a very serious life threatening chronic Liver
disease. without the earliest adequate (Medical Treatment)
to further My Liver or prevent me from permanent Liver
damage to prolong my Life. My liver will become inflamed
and turn into cirrhosis of the liver causing me an early
death.    (Failure to treat)

Fact #3 David Wade Medical Department is Inadequate and or
dont qualify the nessessary appropriate form of (Medical Trea
tment need for an offender with a chronic liver disease.
the official here in this complaint are found Guilty oF
Violatating My (EIGHTH AMENDMENT Rights) under Medical
care-in view of the nature of the plaintiffs (chronic diseeses)

Fact #4 Prison officials may not shop around until they get a
Medical opinion that suits their non medical Facts or
non medical concerns, and may not rely on a medical
opinion without Medical Facts

Fact #5 the official here in this claim is found (Medical
Diliberate indifference) and (negligence)
by failing to act reasonably in response to a known
pervasive or substantial risk of harm and danger
thats confronting the plaintiffs chronic Medical disease

Fact #5 (continued and followed)
page 4 of 4

PaGE 4 of 4

#1 it is cruel and unusual Punishment for the officials to Subject the plaintiff to the ("unnecessary and wanton of infliction of pain Such as (ongoing chronic and substaintial pain)

#2 not only is my medical condition serious. it also affect my (physical capabilities) and significantly affects my daily Life activries _for the following reasons_ 1 I suffer with chronic Joint Pain in my ↓ Left knee due to the muscle Tissue between the cortlidge of my knee is damaged and worn, its been docemented in my files per orders of mrs cindy Parks for me to have cortisone Shots under my knee cap due to bone rubbing against bone. #2 I cant walk but 1/10 of a mile before my knee began cracking and Popping causing me Severe pain. its difficut for me to walk up Hill or down or to far of a distance My ankles and feet and loft knee suffens me from the chronic Joint Pain I suffer with due to my HIv and Hel c Status here. #3 I suffen with (neuropathy) which is sincrinized nenve damage → that must chronic Hiv and Hep c patients develope after so many years #4 the Medication I take for Hiv has side affect as to where it throws my balance off. #5 My back is in constant pain.

#8 Ive Made several Sick calls written letter and complainted about all the above following reasons

Page 5 of 4

#10 David wade Medical Department is found (deliberate Indifferent) (inadequate) for continuing deprivation of my Constitutional Rights / Constitutes irreparable harm
See Elrod v. Burns, 427 u.s 347. 373 96 S.ct. 2673 (1976)
See Newsom v. Norris, 888 F.2d 371. 378

#11 in addition, the plaintiff is threatend with irreparable harm, because the nature of his disease. if infact he does not recieve the proper Medical treatment to prevent further damage to his liver → considering the plaintiff has infact been positive now over 20 years

#12 See McGuckin v. Smith, 974 F 2d at 1060 ( chronic and substantial pain") indicates that a Medical need is Serrous ( See estelle v. Gamble, 421 us at 104)
See Langley V. Coughlin, 888 F 2d at 254 ( Prison must provide" reasonably necessary care" even if the care is exspensive.

#13 the officials here in this complaint dont qualify the necessary expertise. ~~they~~ the official continue to not only violate My Eighth ~~Amendment Rights~~

#14 the official cannot provide me with reasonable adequate (Medical care) the Medical officials here must have an adequate System for Identifying plaintiffs needs → and making Sure that they are diagnossed and Treated

Next Page

Page 6 of 4
Law

#15 [ unsafe condition that "pose an unreasonable risk
of serious damage to a prisoners(Futer health) may
violate the [ Eighth Amendment] even if the damage
has not yet occured
See >(farmer v. Brennan) 511 u.s 825-842 ( Lopez v. Smith
203 F.3d 1122

Continued Statement of Claim

#16 on 8/14/17 I made sick call here At wade
to have my Medical Duty status Renewed
both Mrs pam Hearn and Michelle Norris Stated
they dont see nothing wrong with me
and took away my duty Status. in doing so
she placed My life and physical disability
at a know risk of harm to be subJected to
compelled Labore and work in a regular
farm Line as if nothing is wrong with me

#17 But on 8/15/17 I made sick call ayain here
at wade. Notice Mrs poole found out
that both My Left knee and ankle was showing
17½ inches / and my right knee and ankle was
Showing 16 inches. •Violations•
Mrs pam Hearns and Mrs Michelle Norris found
Guilty of (Medical diliberate indifferent) and
(negliGence) and displeid an obstruction of Justice
by performing repeatedly acts of omission
Continue

7-OF 4

for the very purpose to cause harm
the officials not only failed to take precautions
that a reasonable person would take
but My Medical disability and Medical status
is long standing pervasive and well documented

#18 → please see Attached emergency A-R-P
followed by this clam title Exibit #1
emergency ARP Dated and documented
Emergency ARP LAC - I-325
I gave the complaint to the col. evans over
north compound on 8/16/17

#19 Followed by EMERGENCY A-R-P Exibit #2
Dated and Documented as of 8/16/17
as proof to show this court Im not
Lying. all official has been addressed of
My Medical Need and still continue to

the officials continue to Interfere with (Medical
Judyement) by non Medical factors

facilities and Procedures that do not allow for
proper diagnosis and treatment are inadequate
to appropriate the appropriate form of
treatment or Recommendations is inadequate
with the intents to cause harm.

?

why wait until My Situation worsens
Continued Statement

8 of 4

before rendering thier decisions as of "if and when the officials think treatment would be best/ or if and when I need treatment.

#23 [With Respect to Medical Care]

↓

David Wade Medical Department is inadequate to provide the necessary (over all) Medical Care within their walls See Waldrop v. Evans, 871 F2d at 1033 [grossly incompetent or inadequate care" can constitutute diliberate indifferent] See payne v. Lynaugh, 843 F.2d 177. 178-79 (5th Cir 1988) → failure to transfer prisoner to facility with equipment to meet prisoners needs

#24 the constitution requires prison offocials to prevent danger and provide prisoner with reasonable adequate Medical care / the fact that the care may be expensive does not excuse prison officials from providing it See Langly v. Coughlin. 888 F2d 252, 254 (2d. Cir 1989)

#25 both (Mrs Pamela Hearn) and (nurse Michelle norris) motives disclosed a pattern of (negligence acts) and rather through (Malice) of (ill will) wrongfully commited (obstruction of Justice) and reckless disregard. its obvious the Medical Department officials here at David wade correctional Center very well knew of My (Medical condition) and (Medical status) due to My History of (Medical Records) prior to My incarceration.                    Statement of Claim continued

9 of 4

#24 yet they failed to ask the nescessary questions by interfere-ing with Medical Judgement by basing their opinions on non Medical factors.

#25 [Reasonable adequate Medical care]
↓

See (Farmer v. Brennan) at 511 U.S 825-842 [See Lopez v. Smith] 203 F.3d 1122 (unsafe conditions" that pose an unreasonable risk of serious damage to prisoners "Futer health" even if the damage has not yet occured

#26 See McGuckin v. Smith, 974 F.2d at 1060 (chronic and substantial Pain" indicates that a Medical need is serious

#27 outside facilities" sheduling priorities may not be used as an excuse not to provide necessary care promptly See Johnson v. Bowell, 884 F.2d 1053-1056 (8th Cir 1998 Prison officials must provide necessary Medical care to ensure that offender recieves necessary (Medical Toeatment) and recceve treatment by a qualified specialist

28 [In my case]
↓

David wade Medical Depantment care System does not meet the minimal standards of adequacy for My Medical condition (facilites) and (procedures) that do not allow for proper diaynosis and treatment nor is there a qualified physician whos qualified→\ continued \ next page

10 of 4

to assess and treat my condition Heumphreus v. State, 334 Al.ial. 2d 757, 759 (Iowa 1983) ( reasonably diligence with reference to the care of injured, ill. or diseased inmates)

Upon the Supporting Claim under this action I respectfully and humbly pray to the Honorable of this court that I please be granted the following Relief Requested here in this claim

## Relief Requested

A) I respectively and humbly pray that the Honorable of this court please grant me a TRO and Priliminary Injunction in Support of this Claim in pursuant to Rule [65](a) Fed. R. Civ. p enjoining the said defendants. theor Successors in office agents, and all employees and all persons acting in participating with them.

B To provide the plaintiff an Administrative Transfer to be transferd to elayn hunt Correctional center Medical Facility

C. I will suffer here at David wade More without an Injunction → than Prison officials will suffer if the injunction is Granted.

*Continued Relief*

\* Relief continued \*

D) For the foregoing Reasons in this Complaint I further pray that no form of (Retaliatory acts) or (reprisals) or coerced act come against me prior to the date before and after this court receives this complaint rather through (intimidation) written reports with the intents to punish

E) I will suffer more here at this facility due to the pending of this Complaint. the Medical officials here is also in coerce with Doctor Tammy Jones over at the LSU out Patient Clinic.

personal Statement

F) Doctor Tammy Jones over at the LSU chronic clinic will infact endoin and participate with David wabe Medical Departments both Decision and Request its obvious she will not by no means be in My best interest.

Walter Meowyetter #277548

*(Rev. 5/1/13)*

V.    Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I,M ASKING TO BE AWARDED AN AFFIXED FOR MONITORY DAMAGES BY THE DEPARTMENT OF CORRECTIONS AFFIXED IN THE AMOUNT THE COURT SEES FIT FOR ANY AND ALL VILATIONS FOUND HERE IN THIS COMPLAINT./AND OR/ IM ASKING TO BE URGENTLY ADMINISTRATIVE TRANSFERD TO ELAYN -HUNTS -CORRECTIONAL-CENTER PER THE INJUNCTION AND RESTRAINING ORDER TO BOTH FURTHER MY SAFETY AND PROTECT ME FROM ALL(RETALIATARY FUTER DISCIPLINE COERCED FALSE DISCIPLINARY ACTIONS THAT MAY COME AGAINST ME. I FURTHER PRAY THAT THIS COURT HAVE ME MOVED AWAY FROM THIS FACILITY DUE TO THE ISSUES HERE IN THIS LAW SUIT and A-R-P

VI.    Plaintiff's Declaration

a.    I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.    I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.    If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___16___ day of ___August___ , 20 _17_ :

___127548___
Prisoner no. (Louisiana Department of
Corrections or Federal Bureau of Prisons)

___(signature)___
Signature of Plaintiff

Sworn to and subscribed before me this 16th day of August, 2017.
Attated to this Doccuement is a copy of My Motions for a temporary Restranc order and priliminary InJunction

Karen Bays, Notary Public
Claiborne Parish, Louisiana
My Commission is for Life
#34912

Page 4 of 4