## Evidence

Showing the plaintiffs did
infact Place the Defendants
on Notice. See both A-R-Ps
Addressed to warden Goodwin

### titled Exibit 1

and exibit 2

emerGency Administrative Remedy Procedure
LAC-I-325

To : Mr WarDen Jerry Goodwin
    WarDen over David WlaDe                    Date filed 8/16/17

From : Walter Georgetown Doc # 127548
    Location H2-A

Reason : ⟶ Medical COMPLaiNT

---

## * COMPLaINT *

                    Dear WarDen Goodwin SiR
this is a request for an EMERGENCY A-R-P Submitted in
*Good faith* by offender Walter Georgetown Doc # 127548 housed
here at DWCC 670 Bell Hill Rd, Homer La 71040
            *Statement of Claim*
I make this (COMPLaint) in compliance with the (Medical Policy
here at David Wade Medical Health Care Policy NO# B-08-010
and Policy number# HC-09B .

I'm coming to you with this (COMPLaiNT) due to the
Issues and following underlined facts are (Deemed Sinsitive
and Life threatening concerning My Medical Condition
            Facts #1
Im an American who suffers with two or more ongoing
chronic disabilites. Ive now been diagnosed over 20 years
with both HIV and Hepatitic e
                    Continued Next Page

two permanent ongoing life threatening chronic diseases that substantially and inables me to perform everyday normal or Regular Life activities.

fact #2 its been documented and dated in my file and Medical Records the left cortilage in my Left knee is infact Blown which causes me Substantial Pain → due to the muscle in between my knee Joint is Blown = worn out. its very Painful and difficult for me to bend climb stars or walk to far without experiencing pain and Suffering I'm basically handicapped on one side.

fact #3 I suffer with chronic and substantial Pain ongoing

Notice

fact #4 its been documented and dated in my files here that Ive been having Light Duty over 16 years now

See → if you personally Speak with Doctor fuller or personally Check My Medical Files dated back from 1-25-10 till 9-6-11 You would Personally Notice that My whole stay here I was assigned to crew 30 no walking ⅒ of a mile Sit to work. also I was on a cain and crutches.

\* ARGUEMENT \*

notice #5 on 8/14/ I Made sick call to have My Duty status renewed. But (Mrs Michelle morris) and Pam Hearn wrongfully took it from saying nothing is wrong Stating my X ray shows negative.

But → #6 if you notice on 8/15/17 I made another sick call and nurse Poole found my L knee to be 17 inches and my ankle as apposed to my right knee was reading 16 inches.

continued next Page

Something is very wrong here with this Sir.

#7 the reasons Doctor fuller gave me the Duty status here is because he personally orderd my whole medical file and seen that I do infact suffer with the <u>following</u> (Joint and chronic Pain) back Pain due to Neuropathy↓ which comes from my Hiv and Hep c condition such as standing sitting walking

## Personal STatement of facts

#8 Im not Just some inmate whos faking to try and get out of the field. My physical capability alone want alow me to perform compelled labore beyond my (Medical Condition)

## (Violations of Law and Policy)

mrs pam Hearn and mrs michelle Norris both took part in placing my life at a Know Substantial risk of serious harm in doing so → both officials displaid (Medical Dilirberate Indifferen and disregarded that Risk → by failing to take reasonable measures to abate it. in doing So here → Mrs Michelle Norris and Pam Hearn. is found (negligent) (Reckless) → And in violation of the (Medical Care Policy) The officials also committed the acts repeatedly and fail to take precautions here that a reasonable Person would take. and in doing So.

They committed (obstruction of Justice) by committing repeatedly acts of omissions for the very Knowledge of purposely causing harm with Knowledge → That the harm will result to the unnessassary wanton and infliction of Pain Notice in view of the serious Medical Danger confronting the over all nature of my Medical chronic Diseas.

its very <u>obvious</u> <u>pervasive</u> and <u>well Docue mented</u>

## *Relief Desired*

A) I humby and respectively Pray that You Please Treat this matter urgently by please ensuring me Help please

→ Im asking you to please have the attached (Duty Status urgently Renewed. no Prolonged walking 1/10 of a mile Per your orders as you See fit considering the facts in this Complaint.

B) or to be compensated in the affixed amount by the department of corrections for both (compensatory damages) or monitory damages

C) I humbly pray that no acts of Retaliation, whether it be verbally written coerced or punishment false Discipline by any of the officials in office or otherwise this matter will be pursued under Federal Law for Prohibition retaliation. I pray that you please consider the facts here in this complaint and the Issues is sinsitive and in need of your Decision. if you cant help me please foreward this matter to

Mr James LeBlanc
504 Mayflower street Bldy 1 70802-6419
Po Box 94304-Baton Rouge La 70804-9304

### further Relief

I M asking to have both Mrs pam Hearns and Mrs Michelle norris Suspended from Duty without Pay for violation My Eighth Amendment Medical Rights. Im also Requesting here that

You please Personally iether review my (medical Record not the little small file your "Medical Records here" want show you my attire Medical History of Medica Problems or please speak with Doctor Fuller concerning My over all Medical Records in which he ordered from other facilities such as DCI Hunts AnGola and Rayborn correctional center

thanks for your time

Walter Mbonjotin #127548

I pray that you please grant me the proper Relief needed to appropriate my Medical Condition and chronic Diseases amongst other Issues I suffer with.

<u>Exibit #2</u>

EMERGENCY Administrative Remedy Procedure
STeP #1
David WaDe Correctional Center

Dated <u>8/15/17</u>

from : WalTer Georgetown <sup>DOC</sup> # 127548
H2-A

To : Mr WarDen Jerry Goodwin
warDen over David WaDe

<u>COMPlainT</u>

Dear WarDen Goodwin Sir
Sir this is an request for an (EMERGENCY A-R-P)
Submitted in good faith by offender→ <u>Walter Georgetown</u>
<u>D.oc #127548.</u> housed here at <u>David Wade Correctional Center</u>
<u>670 Bell Hill Rd, Homer La, 71040</u>
* STatement oF CLaim*
The Issues and Facts Surrounding this COMPlainT
are *DEEM'ED*(SInsitive)→ <u>and I further Request</u>
<u>that You Please help Me to please * Remedy* this</u>
ongoing Indifferent concerning the seriousness
of this COMPlaint.
notice→→ Sir Please Know that I do have enough resiect
here for you→ To bring this (COMPLaint)to you
before hand. Before bringing this matter to
<u>DePartment of Public and safety Corrections</u> and or
<u>FiLing CiviL Jurdistrict Suit under 42 USC 1983</u>
I humbly Pray that You Please see the truth as
the merits considering the Facts.
(CONTInued Statement of CLaim)
I'm alleging <sup>#1</sup>(Medical Diliberate Indifferent)
<sup>#2</sup>(Medical MalPractice)         Next Page Continue

Facts

Mere Negligence / and (reckless Disregard)
warden Goodwin Sir please alow me to inform you
That I suffer with two Permanant ongoing life
threatening chronic diseases both ____ and ____
Sir Ive now been diagnosed with the chronic for
of these diseases now well over 20 years

Medical Fact #1

Hepititic c is a very serious life threatening
Liver disease → The truth is → (without the earliest
adequate for of (Medical Treatment) thats needed to
prevent me from further futer liver damage

Fact #2

My Liver will no doubt become inflammed and
turn into Cirr-hosis of the Liver. Which will
bring me to an early death. not only is HeP C
a serious Liver disease warden Goodwind Sir
the treatment is constisted of a combination of
Drugs . ↓MY question here is ↓
why sit here and constantly wait wait wait
until My condition began to get worser
when I can easily began the Treatment while
I can grasp this disease and controle it and or
keep it stabled. Fact #3
I will suffer more without getting treatment
Sir Im not saying that you Doctors or nurses-
arent doing their Jobs. no thats not the Issue.
        BuT the truth is as Stated here
David Wade Medical Department here at Wade
does not qualify the adequate form of treatment
to appropriate my over all medical condition
Your Medical Department here sir. does not what so
ever → have the Necessary Specialized expertise
to appropriate the form of (Medical Treatment)
needed for My conditions= such as HeP C Meds=

NEXT PaGe continued →

In My case →( David Wade Correctional Center) here is found (Diliberate Indifferent) and (Reckless Disregard) by failing to act reasonably in response to a known risk of danger. (Fact #4)
↓

#1   restricting Medical Care on non Medical Grounds
#2   ~~Interference~~ Interference with Medical Judgement
        by non Medical Factors
#3   Failure to make or inquire in essential Facts that are necessary to make the Proffessional ~~Judgement~~ Judgement
#4   the (rendering) of Medical services by unqualified personnel is (Diliberate Indifferent) = as is the failure to provide access to specialist care that a particular prisoners condition May require. A Medical condition may also be serious if it "Significantly affects an indivisual's daily activities.
        (ARGUEMENT) Fact #1
not to question your authority here Warden Goodwin its obvious that the Medical Department here at Wade cannot treat my condition here for _____
even a Lay person would easily recognize the necessity that My medical need is serious. For the record SiR. it is wrong to mantain Policies that interfere with adequate (Medical Care) or further failing to maintain Policies that interfere with adequate (Medical Care).
NOTICE → SiR Ive personally witnessed and seen here other prisoners being Transferd to Medical facilities Such as (Hunt Correctional center) -(Rayborn)-(DCI) those are Guys who was infact transfer out of the working cell block. Yet here Im trying hard to really prolonge my Life considering My Medical Condition. Elayn-Hunt-correctional-center is a facility that treats _____ patients.
I humbly pray that your Medical officials here dont show any Malicious Intentions toward Me. because its cruel to have a hostile attitude towards me here. or to
                                    continue Next

show an indifferent Mental State in response here to support My Medical need. How much delay can be tolerated → before deciding if and when I need _____

xxx Continued COMPLaint xxx

Sir Hep c is infact a very serious life threatening liver disease → The fact that the care may be expensive. that does not exscuse prison Medical official from providing it. I further pray that you please dont alow your officials here at David WaDe Medical Department = To shop around until My Liver become inflammed or My situation worsens by going off of outside referals or out patient clinics (rely-ing on a medical opinion that suits their non → Medical concerns. Blood work Labs and monitoring my enzym rather through Labs or blood work is not by any means treatment.

(VIOLATIONS OF LAW IN COMPLIance with A-R-P)

#1 See (helling v McKinny) ___ U.S 113 S.ct 2475-2481 a remedy for unsafe conditions or unsafe conditions that "pose an unreasonable risk of serious damage to a [prisoners] futer health May violate the (EIGHT AMendment) → even if the damage has not yet occurred.

#2 See (farmer v Brennan) 511 U.S 825-842 See ( Lopez v smith) 203 F.3d 1122 → the Law clearly states → (inorder to provide reasonable adequate Medical care) → prison officials must have an adequate System for Identifying prisoners with Medical needs and making sure that they are diagnosed and Treated

(JurisDiction)

(Administrative Remedies) → allows challenges to actions of the (Department of Public and safety corrections Administrative Remedy Procedure are controlled by LSA-RS.15.1171-1179 is thus currently the exclusive remedy— NEXT Page continued

Administrative Remedy allows challenges to remedy actions
* Continued Statement *

1) on 8/14/2017 I made sick call and seen Nurse Pam Hearns Requesting to get my Duty status renewed so I want have to be subJected to perform(compelled Labore) or to be subJected to cruel and Inhumane Punishment.

2) Mrs Pam Hearn said she dont see a reason for me to even have a Limited Duty Duty status because my X ray showed negative results as to it theres nothing wrong with me

#3) But on 8/15/2017 I made sick call again that day and I found out My Left knee and ankle showed 17 inches and my right knee and ankle showed 16 inches.

#4) in compliance with the Policy here at David Wade

## NOTice

Please See copy Attached here to this emergency A&R&P and you will Notice the attached Docuement both Exibit #1 Followed by Exibit #2

So How is it that the officials here in this claim. is going against their own Policy Im seeking inJunctive Relief please

#5) the official Here in this complaint is sued in their indivisUAL and official capaerty for the violations of my Constitutional Rights

#6 I ask for the following relief

\* Request for ReLief \*

A) Please respond in a timely manner
B) award offender walter Georgetown Doc # 127548 compensatory damages in the monitory affixed by the Louisiana (DOPSC) that will satify the offender.

notice → The offender walter Georgetown Doc # 127548 in this A-R-P ask that WarDen Jerry Goodwin here at waDe — Consider the Facts here in this complaint

Request
↓→ I respectively humbly pray and ask that you please. WarDen Goodwin sir please have me Administrative Transferd to ELayn Hunt correction al center → to a more qualified Doc Prison that Properly qualify or adequately more appropriate to fit my medical need considering I do infact have a chronic Liver disease.

C. in the event → Prior to the day you recieve this A-R-P in your office → I pray that no (retaliatory acts) (reprisals) rather through (threats) (intimidation) or (coerced) or coercion come against me including but not Limited to unlawful censorship of incoming our outgoing mail — from the date of you recieving this complaint Dated 8/15/2017 in the event this request is denied here in the walls of this (facility) and Headquaters Level I desire to seek ("Judicial Review") through Civil Action.

Respectfully Submitted

walter Georgetown
#127548

Continued Relief

any acts of retaliation whether it be verbally written or other wise will be pursued under federal law for prohibition of Retaliation of My first Amendment Rights

Walter Merugeter

Attached Policy Rules and Regulation concerning Medical Care