UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

WALTER RHODAS GEORGETOWN #127548   CIVIL ACTION NO. 17-cv-1061

VERSUS                                                      JUDGE FOOTE

JERRY GOODWIN, ET AL                           MAGISTRATE JUDGE HORNSBY

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that the Motion to Stay (Doc. 57) is denied. It is further ordered that all medical malpractice, negligence, or other state law claims against Dr. Tammy Jones are dismissed without prejudice pursuant to 28 USC § 1367(c).

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____6th_____ day of ____December_____, 2019.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE